IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIE CURRY JOHNSON, #12498-002, )<br>)<br>Petitioner, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | CASE NO. 3:11-cv-829-MEF |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #42) filed on June 26, 2014 is overruled;

2. The Recommendation of the United States Magistrate Judge (Doc. #41) entered on June 18, 2014 is adopted;

(3) The 28 U.S.C. § 2255 motion filed by Johnson is DENIED with prejudice.

DONE this the 8th day of July, 2014.

                                                      /s/ Mark E. Fuller
                                        UNITED STATES DISTRICT JUDGE